1 **KRONENBERGER ROSENFELD, LLP**
2 Karl S. Kronenberger (Bar No. 226112)
  Jeffrey M. Rosenfeld (Bar No. 222187)
3 Virginia A. Sanderson (Bar No. 240241)
4 150 Post Street, Suite 520
  San Francisco, CA 94108
5 Telephone: (415) 955-1155
6 Facsimile: (415) 955-1158
  karl@KRInternetLaw.com
7 jeff@KRInternetLaw.com
  ginny@KRInternetLaw.com
8
9 Attorneys for Plaintiff



## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATIONAL PHOTO GROUP, LLC**, a limited liability company, | Case No. CV-12-3186 JEM |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| **TOWNSQUARE MEDIA**, **LLC**, a Delaware limited liability company and **DOES 1-10**, inclusive, | |
| Defendants. | |

1  NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil
2  Procedure 41(a)(1)(A)(i), Plaintiff National Photo Group, LLC, by and
3  through its designated counsel, hereby voluntarily dismisses with prejudice
4  all claims as to Defendant Townsquare Media, LLC in the above-captioned
5  action.

7  Respectfully submitted,
8  DATED: June 5, 2012                **KRONENBERGER ROSENFELD, LLP**

10                                    By:   s/Virgina A. Sanderson
11                                          Virginia A. Sanderson
12                                    Attorneys for Plaintiff



# CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2012, I served a true and correct copy of the following document:

**1. NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

on the parties listed below as follows:

*Defendant:*

Townsquare Media, LLC
240 Greenwich Ave.
Greenwich, CT 06830

[X] BY FIRST CLASS MAIL, by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid, for collection and mailing, in San Francisco, California, following ordinary business practices, which is deposited with the US Postal Service the same day as it is placed for processing.

[ ] BY OVERNIGHT MAIL via Federal Express.

[ ] BY EMAIL, to the address(es) listed above.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

DATED: June 5, 2012

_____
Sumeena Birdi

